**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02220 NRN

FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation,

Plaintiff,

v.

CALMANTE OWNERS ASSOCIATION, INC., a Colorado nonprofit corporation
BOULDER CREEK BUILDERS, LLC, a Colorado limited liability company;
BOULDER CREEK CALMANTE, LLC, a Colorado limited liability company;
BOULDER CREEK NEIGHBORHOODS, LLC, a Colorado limited liability company;
LIFESTYLE CAPITAL HOLDINGS, LLC, a Colorado limited liability company;
MICHAEL SINKEY, individually;
STEVEN A. ERICKSON, individually;
BETTY GALLEGOS, individually;
DEBBIE BARKER, individually;
CALMANTE RESIDENTIAL INVESTMENTS, LLC, a Colorado limited liability company;
DC CALMANTE, LLC, a Colorado limited liability company;
DAVID CHAKNOVA, individually.

Defendants.

---

**NOTICE OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, First Specialty Insurance Corporation, through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby submits the following Notice of Dismissal With Prejudice. In support thereof, Plaintiff states as follows:

1. Plaintiff filed its Complaint for Declaratory Relief against the above-mentioned Defendants (collectively, "Defendants") on July 28, 2020 [ECF # 1]. Defendants Betty Gallegos and Debbie Barker were previously dismissed on August 12, 2020 [ECF #6].

2. On November 5, 2020, Plaintiff notified the Court that it and the remaining Defendants reached a settlement, which fully resolved this action [ECF # 35].

3. In response thereto, the Court provided Plaintiff through December 7, 2020, to file the necessary dismissal papers [ECF # 36].

4. Upon Plaintiff's Unopposed Motion for Extension of Time to Extend Deadline to File Dismissals, the Court extended the deadline for Plaintiff to file the necessary dismissal papers through January 6, 2021 [ECF # 39].

5. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

6. To date, no Defendant has filed an answer or a motion for summary judgment in response to Plaintiff's July 28, 2020 Complaint.

7. Accordingly, Plaintiff respectfully files this Notice of Dismissal with Prejudice and voluntarily dismisses this action against the remaining Defendants with prejudice with each party to bear its/his/her own costs and fees.

Respectfully submitted this 6th day of January, 2021.

By: *__/s/ Todd E. Jaworsky__*

Todd E. Jaworsky
Kristi L. Blumhardt

McElroy, Deutsch, Mulvaney & Carpenter, LLP
5600 South Quebec Street, Suite C100
P.O. Box 4467
Englewood, CO 80155-4467
Telephone: (303) 293-8800
Facsimile: (303) 839-0036
E-Mail: tjaworsky@mdmc-law.com
kblumhardt@mdmc-law.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I further certify that on this 6th day of January, 2021, a true and correct copy of the foregoing NOTICE OF DISMISSAL WITH PREJUDICE was electronically filed with the Clerk of Court and served to all parties of record using the CM/ECF system and/or email:

By: *__/s/ Todd E. Jaworsky__*

Todd E. Jaworsky
Kristi L. Blumhardt
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5600 South Quebec Street, Suite C100
P.O. Box 4467
Englewood, CO 80155-4467
Telephone: (303) 293-8800
Facsimile: (303) 839-0036
E-Mail: tjaworsky@mdmc-law.com
kblumhardt@mdmc-law.com
*Attorneys for Plaintiff*